

NUMBER 13-13-00226-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BRUCE OLSON AND
GERALD SANSING,                                               Appellants,

v.

CARLOS GARCIA,                                                   Appellee.

## On appeal from the 28th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Memorandum Opinion Per Curiam**

Appellants, Bruce Olson and Gerald Sansing, attempted to perfect an appeal from an order denying summary judgment signed on February 12, 2013, in cause no. 07-06573-A. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated February 12, 2013. On June 5, 2013, the Clerk of

this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellants responded to the Court's notice by providing a copy of the handwritten docket sheet which has an entry dated February 12, 2013 stating the defendants' motion for summary judgment is denied.

The Nueces County Clerk's Office has informed this Court that no judgment was entered on February 12, 2013. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellants' failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
1st day of August, 2013.

2